UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

JUDGMENT IN A CIVIL CASE

**VICKIE S. BROWNING,**

       **Plaintiff,**

v.                                                                   **CIVIL NO.**
                                                                         **09-2183-EFM**

**ALLIED INTERSTATE, INC.,**

       **Defendant.**

       **IT IS ORDERED AND ADJUDGED** that pursuant to <u>Plaintiff's Notice of Acceptance of Defendant's Rule 68 Offer of Judgment</u> (Doc. #7), plaintiff Vickie S. Browning to recover of defendant Allied Interstate, Inc., the sum of One Thousand Dollars ($1,000.00) plus reasonable attorney's fees as agreed to by counsel, with interest thereon at the rate of .51% as provided by law.

**Dated:  June 23, 2009**                     **TIMOTHY M. O'BRIEN, CLERK**

                                                          **s/ Cindy McKee**
                                                          **CINDY McKEE, Deputy Clerk**